IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
KEITH T CLOUDAS,                        No. 11-06016 CW

        Plaintiff,                      ORDER VACATING
                                        CASE MANAGEMENT
    v.                                  CONFERENCE AND
                                        SETTING BRIEFING
24 HOUR FITNESS, et al.,                SCHEDULE

        Defendants.
_____/
```

    A case management conference is not required in this case. The case management conference previously set for March 21, 2012, is vacated.

    Plaintiff shall file a motion to compel arbitration in a single brief of no more than twenty-five pages on Thursday, January 19, 2012.

    Defendant shall file an opposition to the motion to compel arbitration in a single brief of no greater than twenty-five pages on Thursday, February 2, 2012.

    Plaintiff may file a reply to the motion to compel arbitration of no greater than fifteen pages on Thursday, February 9, 2012.  The hearing will be held on Thursday, February 23, 2012 at 2:00 p.m. in Courtroom 2.

Dated: 12/14/2011

CLAUDIA WILKEN
United States District Judge